NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SENTIENT SENSORS LLC,**
*Appellant*

**v.**

**XILINX, INC., ADVANCED MICRO DEVICES, INC., ATI TECHNOLOGIES ULC,**
*Appellees*

---

2025-1058

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00195.

---

**JUDGMENT**

---

ANDREW COCHRAN, Cahill Gordon & Reindel LLP, New York, NY, argued for appellant. Also represented by GERALD J. FLATTMANN, JR.

JEFFREY SHNEIDMAN, Fish & Richardson P.C., Boston, MA, argued for appellees. Also represented by KENNETH WAYNE DARBY, DAVID M. HOFFMAN, Austin, TX; JOHN A. DRAGSETH, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, CUNNINGHAM, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2026
Date

Jarrett B. Perlow
Clerk of Court